## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| **BLOOMBERG L.P.,** | ) |
| 731 Lexington Ave | ) |
| New York, NY 10022 | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **U.S. FEDERAL HOUSING FINANCE** | ) |
| **AGENCY,** | ) |
| Office of General Counsel | ) |
| Constitution Center | ) |
| 400 7th Street, SW | ) |
| Washington, DC 20219 | ) |
| | ) |
| **BOARD OF GOVERNORS OF THE** | ) |
| **FEDERAL RESERVE SYSTEM,** | ) |
| 2001 C Street NW | ) |
| Washington, DC 20551 | ) |
| | ) |
| **Defendants.** | ) |

## <u>COMPLAINT</u>

1.    Plaintiffs JASON LEOPOLD and BLOOMBERG L.P. bring this suit to compel

Defendants U.S. FEDERAL HOUSING FINANCE AGENCY and BOARD OF GOVERNORS

OF THE FEDERAL RESERVE SYSTEM to discharge their obligations under the Freedom of

Information Act, 5 U.S.C. § 552 ("FOIA"), including by conducting a reasonable search, issuing

a determination, and producing records in response to five FOIA requests seeking records about

public investigations into allegations of mortgage fraud and other records.

## PARTIES

2.      Plaintiff JASON LEOPOLD is an investigative reporter at Bloomberg News and is one of the FOIA requesters in this case.

3.      Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing content that is featured across multiple platforms, including digital, TV, radio, streaming video, print, and live events.  BLOOMBERG L.P. is one of the FOIA requesters in this case.

4.      Defendant U.S. FEDERAL HOUSING FINANCE AGENCY ("FHFA") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

5.      Defendant BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ("FRB") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

6.      This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

7.      Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## AUGUST 25, 2025 FOIA REQUEST TO FHFA—OIG REQUEST

8.      On August 25, 2025, Plaintiffs submitted a FOIA request to FHFA seeking the following records:

> 1. Copies of all final non-published reports of investigation, which includes the closing memorandum, referral letter and any recommended action. By unpublished/not publicly released I mean I am seeking final records that were not previously disseminated, posted to the FHFA OIG's FOIA reading room or posted on Oversight.gov. The timeframe for this request is February 1, 2025 through the date the search for responsive records is conducted.

9.      A true and correct copy of the FOIA request is attached as Exhibit 1.

10.    On August 27, 2025, FHFA acknowledged receipt of the FOIA request, placed the request in the standard processing track, and assigned reference number 2025-FOIA-00042 to the matter.

11.    A true and correct copy of the acknowledgement letter is included in Exhibit 2.

12.    On September 23, 2025, FHFA sought an additional ten working days to respond to the request due to "unusual circumstances." *Id*.

13.    On October 8, 2025, FHFA again sought an additional ten working days to respond to the request due to "unusual circumstances." *Id*.

14.    FHFA did not send any further correspondence to Plaintiffs regarding this request.

15.    As of the date of this filing, FHFA has not issued a determination on Plaintiffs' request.

16.    As of the date of this filing, FHFA has failed to make any responsive records promptly available to Plaintiffs.

**AUGUST 25, 2025 FOIA REQUEST TO FHFA—EMAILS REQUEST**

17.    On August 25, 2025, Plaintiffs submitted a FOIA request to FHFA seeking the following records:

> 1. All emails (including attachments) sent and received by FHFA Director William Pulte referencing Federal Reserve Board Governor Lisa Cook and Federal Reserve Chairman Jerome Powell.
>
> 2. All emails (including attachments), letters, memos, directives, final reports, Microsoft Teams Messages, sent and received by FHFA Director William Pulte referencing mortgage fraud and "fraud."
>
> The timeframe for this request is March 15 through the date the search for responsive records is conducted. Please withhold news clippings, press releases and listserv messages from the search and production of responsive records.

18.    A true and correct copy of the FOIA request is attached as Exhibit 3.

19.     On August 28, 2025, FHFA acknowledged receipt of the FOIA request, placed the request in the complex processing track, and assigned reference number 2025-FOIA-118 to the matter.

20.     A true and correct copy of the acknowledgement letter is attached as Exhibit 4.

21.     FHFA did not send any further correspondence to Plaintiffs regarding this request.

22.     As of the date of this filing, FHFA has not issued a determination on Plaintiffs' request.

23.     As of the date of this filing, FHFA has failed to make any responsive records promptly available to Plaintiffs.

**AUGUST 26, 2025 FOIA REQUEST TO FHFA**

24.     On August 26, 2025, Plaintiffs submitted a FOIA request to FHFA seeking the following records:

> 1. Copies of all criminal Mortgage Fraud tips sent to the FraudTips@fhfa.GOV since April 16, 2025. PLEASE NOTE: I am not interested in the senders' personal identifiable information. The FHFA may withhold PII. Alternatively, the FHFA may provide me with a spreadsheet or dataset of the criminal mortgage fraud tips with columns showing the date the tip was received, a summary of the allegation and any action taken or whether the allegation was substantiated or unsubstantiated.
>
> 2. Copies of any criminal Mortgage Fraud tips sent directly to FHFA Director Bill Pulte since April 16, 2025.
>
> 3. All emails (including attachments), memos, letters, final reports, sent and received by Director Pulte referencing Palantir and Mortgage Fraud since April 1, 2025.

25.     A true and correct copy of the FOIA request is attached as Exhibit 5.

26.     On September 8, 2025, FHFA acknowledged receipt of the FOIA request, placed the request in the complex processing track, and assigned reference number 2025-FOIA-125 to the matter.

27.     A true and correct copy of the acknowledgement letter is attached as Exhibit 6.

28.     FHFA did not send any further correspondence to Plaintiffs regarding this request.

29.     As of the date of this filing, FHFA has not issued a determination on Plaintiffs' request.

30.     As of the date of this filing, FHFA has failed to make any responsive records promptly available to Plaintiffs.

### AUGUST 27, 2025 FOIA REQUEST TO FHFA

31.     On August 27, 2025, Plaintiffs submitted a FOIA request to FHFA seeking the following records:

> 1. All final talking points drafted by the Office of Public Affairs referencing Mortgage Fraud, the Federal Reserve Board of Governors or FRB, Lisa Cook, Jerome Powell, Leticia James and all final talking points; and social media guidance drafted and prepared for Director William Pulte related to his social media postings, which directly referred to the Federal Reserve Board of Governors or FRB, Lisa Cook, Jerome Powell, Leticia James. The timeframe for this part of my request is March 15, 2025, through the date the search for responsive records is conducted.

> 2. All final legal guidance drafted by the Office of General Counsel and sent to Director William Pulte referencing the Federal Reserve Board of Governors or FRB, Lisa Cook, Jerome Powell, Leticia James, Mortgage Fraud; and all final legal guidance drafted by the Office of General Counsel and sent to Director William Pulte referencing his social media posts, which directly referred to the Federal Reserve Board of Governors or FRB, Lisa Cook and Mortgage Fraud, Jerome Powell, Leticia James. The timeframe for this part of the request is March 15, 2025, through the date the search for responsive records is conducted.

> 3. All emails (including attachments), memos, letters, directives, sent by Director William Pulte to officials at Fannie Mae and Freddie Mac referencing Lisa Cook and Mortgage Fraud and Mortgage Fraud as well as any responses Mr. Pulte received by Fannie Mae and Freddie Mac. To assist FOIA officers/analysts in their search, the email domain for Fannie Mae is @fanniemae.com and the email domain for Freddie Mac is @freddiemac.com. The timeframe for this request is March 15 through the date the search for responsive records is conducted.

4. All employee wide announcements or memorandums Mr. Pulte sent to the FHFA workforce referencing Mortgage Fraud. The timeframe for this part of the request is March 15 through the date the search for responsive records is conducted.

5. All calendars from Mr. Pulte referencing meetings or calls related to Mortgage Fraud. The timeframe for this part of the request is March 15 through the date the search for responsive records is conducted.

6. All text messages from Mr. Pulte's government issued device referencing Mortgage Fraud. The timeframe for this part of the request is March 15 through the date the search for responsive records is conducted.

32.     A true and correct copy of the FOIA request is attached as Exhibit 7.

33.     On September 8, 2025, FHFA acknowledged receipt of the FOIA request, placed the request in the "complex/expedited" processing track, and assigned reference number 2025-FOIA-130 to the matter.

34.     A true and correct copy of the acknowledgement letter is attached as Exhibit 8.

35.     FHFA did not send any further correspondence to Plaintiffs regarding this request.

36.     As of the date of this filing, FHFA has not issued a determination on Plaintiffs' request.

37.     As of the date of this filing, FHFA has failed to make any responsive records available to Plaintiffs as soon as practicable.

**AUGUST 27, 2025 FOIA REQUEST TO FRB**

38.     On August 27, 2025, Plaintiffs submitted a FOIA request to FRB seeking the following records:

1. All emails and memos or letters sent and received by Federal Reserve Board Commissioner Lisa Cook on August 25, 2025.

2. All emails, memos, letters, sent and received by the Federal Reserve Board Commissioners referencing William Pulte or Bill Pulte or Pulte and Mortgage Fraud. The timeframe for this part of the request is August 10, 2025, through August 25, 2025.

3. All talking points drafted by the Office of Public Affairs referencing William Pulte or Bill Pulte or Pulte and Mortgage Fraud.

4. Final legal guidance and final legal opinions referencing the removal of a Federal Reserve Board Commissioner by the President of the United States. The timeframe for this part of the request is August 1, 2025, through the date the search for responsive records is conducted.

5. Emails sent and received by the Federal Reserve Board Commissioners and the Federal Reserve Board Chairman referencing Bill Pulte (or William Pulte or Pulte) and his social media posts on X targeting Commissioner Lisa Cook.

39.    A true and correct copy of the FOIA request is attached as Exhibit 9.

40.    On August 27, 2025, FRB acknowledged receipt of the FOIA request and assigned reference number FOIA-2025-01090 to the matter.

41.    A true and correct copy of the acknowledgement letter is included in Exhibit 10.

42.    On August 28, 2025, FRB stated that there "may be delays in fulfilling complex requests or those that require consultation." *Id*.

43.    On September 26, 2025, FRB sought an additional ten working days to respond to the request in order to "consult with two or more components of the Board having a substantial interest in the determination of the request." *Id*.

44.    FRB did not send any further correspondence to Plaintiffs regarding this request.

45.    As of the date of this filing, FRB has not issued a determination on Plaintiffs' request.

46.    As of the date of this filing, FRB has failed to make any responsive records promptly available to Plaintiffs.

**COUNT I – FHFA'S FOIA VIOLATION**
**AUGUST 25, 2025 FOIA REQUEST TO FHFA—OIG REQUEST**

47.    Paragraphs 1-46 are incorporated by reference.

48.    Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

49.    Defendant FHFA is a federal agency subject to FOIA.

50.    Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

51.    Defendant FHFA has failed to conduct a reasonable search for records responsive to the request.

52.    Defendant FHFA has failed to issue a determination within the statutory deadline.

53.    Defendant FHFA has failed to produce all non-exempt records responsive to the request.

### COUNT II – FHFA'S FOIA VIOLATION
### AUGUST 25, 2025 FOIA REQUEST TO FHFA—EMAILS REQUEST

54.    Paragraphs 1-46 are incorporated by reference.

55.    Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

56.    Defendant FHFA is a federal agency subject to FOIA.

57.    Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

58.    Defendant FHFA has failed to conduct a reasonable search for records responsive to the request.

59.    Defendant FHFA has failed to issue a determination within the statutory deadline.

60.    Defendant FHFA has failed to produce all non-exempt records responsive to the request.

## COUNT III – FHFA'S FOIA VIOLATION
## AUGUST 26, 2025 FOIA REQUEST TO FHFA

61.     Paragraphs 1-46 are incorporated by reference.

62.     Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

63.     Defendant FHFA is a federal agency subject to FOIA.

64.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

65.     Defendant FHFA has failed to conduct a reasonable search for records responsive to the request.

66.     Defendant FHFA has failed to issue a determination within the statutory deadline.

67.     Defendant FHFA has failed to produce all non-exempt records responsive to the request.

## COUNT IV – FHFA'S FOIA VIOLATION
## AUGUST 27, 2025 FOIA REQUEST TO FHFA

68.     Paragraphs 1-46 are incorporated by reference.

69.     Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

70.     Defendant FHFA is a federal agency subject to FOIA.

71.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

72.     Defendant FHFA has failed to conduct a reasonable search for records responsive to the request.

73.     Defendant FHFA has failed to issue a determination within the statutory deadline.

74.    Defendant FHFA has failed to produce all non-exempt records responsive to the request.

## COUNT V – FRB'S FOIA VIOLATION
## AUGUST 27, 2025 FOIA REQUEST TO FRB

75.    Paragraphs 1-46 are incorporated by reference.

76.    Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

77.    Defendant FRB is a federal agency subject to FOIA.

78.    Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

79.    Defendant FRB has failed to conduct a reasonable search for records responsive to the request.

80.    Defendant FRB has failed to issue a determination within the statutory deadline.

81.    Defendant FRB has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiffs ask the Court to:

i.    declare that Defendants have violated FOIA;

ii.    order Defendants to conduct a reasonable search for records and to produce the requested records promptly, and for expedited requests, as soon as feasible;

iii.    enjoin Defendants from withholding non-exempt public records under FOIA;

iv.    award Plaintiffs attorneys' fees and costs; and

v.    award such other relief the Court considers appropriate.

Dated: November 14, 2025

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

- 10 -

Attorneys for Plaintiffs
JASON LEOPOLD,
BLOOMBERG L.P.

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com