# Exhibit 1

## Request for records under the Freedom of Information Act

1 message

**Jason Leopold** <jasonleopold@gmail.com>                                                          Mon, Aug 25, 2025 at 6:09 PM
Reply-To: jasonleopold@gmail.com
To: FOIA@fhfaoig.gov

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be considered under both statutes to maximize the release of records.

REQUESTER INFORMATION
Name: Jason Leopold
Position: Senior Investigative Reporter, Bloomberg News
Address:
Email: jasonleopold@gmail.com

RECORDS SOUGHT

I request disclosure from the Federal Housing Finance Authority Office of the Inspector General the following records:

1. Copies of all final **non-published** reports of investigation, which includes the closing memorandum, referral letter and any recommended action . By unpublished/not publicly released I mean I am seeking final records that were not previously disseminated, posted to the FHFA OIG's FOIA reading room or posted on Oversight.gov.

**The timeframe for this request is February 1, 2025 through the date the search for responsive records is conducted.**

Reasonably Foreseeable Harm.  The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

FHFA OIG should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part.

INSTRUCTIONS REGARDING SCOPE AND BREADTH OF REQUESTS
Please interpret the scope of this request broadly. The FHFA OIG is instructed to interpret the scope of this request in the most liberal manner possible short of an interpretation that would lead to a conclusion that the request does not reasonably describe the records sought.

FORMAT

I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media.

FEE CATEGORY AND REQUEST FOR A FEE WAIVER

I am a senior investigative reporter for Bloomberg News and formerly senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America. I am filing this request on behalf of myself and Bloomberg News.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request.

I will appeal any denial of my request for a waiver administratively and to the courts if necessary.


--
Jason Leopold
Senior Investigative Reporter
Bloomberg News

You may also reach me at jasonleopold@protonmail.com for secure and encrypted communications
@JasonLeopold
Subscribe to my weekly newsletter, FOIA Files
Read my reporting

**Exhibit 2**



## OFFICE OF INSPECTOR GENERAL
### Federal Housing Finance Agency

400 7th Street SW, Washington, DC 20219

August 27, 2025

Jason Leopold
Senior Investigative Reporter
Bloomberg News


By Electronic Mail: jasonleopold@gmail.com

Dear Mr. Leopold:

This letter is to acknowledge receipt of your August 25, 2025, request pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, in which you requested:

> **Copies of all final non-published reports of investigation, which includes the closing memorandum, referral letter and any recommended action. By unpublished/not publicly released I mean I am seeking final records that were not previously disseminated, posted to the FHFA OIG's FOIA reading room or posted on Oversight.gov.**
>
> **The timeframe for this request is February 1, 2025, through August 26, 2025.**

Your request was received by the Federal Housing Finance Agency's Office of Inspector General (FHFA-OIG) on August 26, 2025.

For tracking purposes, the tracking number assigned to your request is 2025-FOIA-00042. FHFA-OIG has determined that you are a(n) News Media requester. *See* 12 C.F.R. § 1202.11(b). You may be charged FOIA processing fees in accordance with FHFA's FOIA Fee Schedule, which can be found on FHFA's website at http://www.fhfa.gov/AboutUs/FOIAPrivacy/Pages/FOIA-Reference-Guide.aspx.

FHFA-OIG has placed your FOIA request on the Standard Track. Standard Track requests are requests that are routine or require little or no search time, review, or analysis of records. FHFA-OIG responds to these requests within 20 working days after receipt, in the order in which they are received. Our target date for responding to your request is September 24, 2025. If we determine while processing your request that it is more appropriately a Complex Track request, it will be reassigned to the Complex Track, and you will be notified of this change. *See* 12 C.F.R. § 1202.7(b).

If you have any questions concerning your request, please contact us at (202) 730-0399 or at FOIA@fhfaoig.gov.

<div style="margin-left:40%">

Sincerely,

FOIA Office
FHFA-OIG

</div>

## 10 day extension-2025-FOIA-00042

1 message

**FOIA** <FOIA@fhfaoig.gov>                                                                Tue, Sep 23, 2025 at 5:20 AM
To: "jasonleopold@gmail.com" <jasonleopold@gmail.com>, FOIA <FOIA@fhfaoig.gov>

| **CONTROLLED** |
| --- |

Good morning, Mr. Leopold,


We received your FOIA request on August 26, 2025, for the following documents:


**Copies of all final non-published reports of investigation, which includes the closing memorandum, referral letter and any recommended action. By unpublished/not publicly released I mean I am seeking final records that were not previously disseminated, posted to the FHFA OIG's FOIA reading room or posted on Oversight.gov.**


**The timeframe for this request is February 1, 2025, through the date the search for responsive records is conducted.**


FHFA OIG acknowledged your request on August 27, 2025, and advised you that your request was assigned tracking number 2025-FOIA-00042, on the standard track. In that letter of acknowledgement, we advised you that our target date for responding to your request was September 24, 2025.


However, at this time, FHFA-OIG must take a 10-day work extension to respond to your FOIA request pursuant to 12 C.F.R. § 1202.7(h)(1). Specifically, "[i]n unusual circumstances, FHFA-OIG may extend the time limit in paragraph (c)(1) of this section for no more than ten (10) days and notify you of — (i) The reason for the extension; (ii) The date on which the determination is expected. *See* 12 C.F.R. § 1202.7(h)(1).

5 U.S.C. § 552(a)(6)(B)(i), requires that we consult with another FHFA-OIG office regarding potentially responsive records to your request. FHFA-OIG needs additional time to assess their response, and therefore, we are extending our time to respond to your request by 10 business days, or until October 8, 2025.

If you have any questions, please contact us.

Sincerely,

FOIA Office

FHFA-OIG

---

**Controlled Notice:** The information contained in this email and any attachments may be Controlled Unclassified Information subject to dissemination controls, restrictions, or safeguarding requirements pursuant to a federal law, regulation, or policy. Any use, distribution, or copying of this email, including any of its contents or attachments by any person other than those authorized by the Federal Housing Finance Agency Office of Inspector General, or for any purpose other than its intended use, is strictly prohibited. If you believe you have received this email in error, permanently delete the email and any attachments, and do not save, copy, disclose, or rely on any part of the information contained in this email or its attachments. Please call 202-730-0880 if you have questions.

**RE: 2025-FOIA-00042**

1 message

**FOIA** <FOIA@fhfaoig.gov>                                                                 Wed, Oct 8, 2025 at 8:16 AM
To: FOIA <FOIA@fhfaoig.gov>, "jasonleopold@gmail.com" <jasonleopold@gmail.com>

| |
|---|
| **CONTROLLED** |

Good morning, Mr. Leopold,

We received your FOIA request on August 26, 2025, for the following documents:

> **Copies of all final non-published reports of investigation, which includes the closing memorandum, referral letter and any recommended action. By unpublished/not publicly released I mean I am seeking final records that were not previously disseminated, posted to the FHFA OIG's FOIA reading room or posted on Oversight.gov.**

> **The timeframe for this request is February 1, 2025, through the date the search for responsive records is conducted.**

FHFA OIG acknowledged your request on August 27, 2025, and advised you that your request was assigned tracking number 2025-FOIA-00042, on the standard track. In that letter of acknowledgement, we advised you that our target date for responding to your request was September 24, 2025.

On September 23, 2025, we informed you that FHFA-OIG must take a 10-day work extension to respond to your FOIA request pursuant to 12 C.F.R. § 1202.7(h)(1). Specifically, "[i]n unusual circumstances, FHFA-OIG may extend the time limit in paragraph (c)(1) of this section for no more than ten (10) days and notify you of — (i) The reason for the extension; (ii) The date on which the determination is expected. *See* 12 C.F.R. § 1202.7(h)(1). 5 U.S.C. § 552(a)(6) (B)(i), requires that we consult with another FHFA-OIG office regarding potentially responsive records to your request. FHFA-OIG needs additional time to assess their response, and therefore, we are extending our time to respond to your request by 10 business days, or until October 8, 2025.

Unfortunately, the processing of your request is going to take more time; we regret the necessity of the delay.

If you have any questions concerning your request, please contact us at (202) 730-0399 or at FOIA@fhfaoig.gov.

Sincerely,

FOIA Office

FHFA-OIG

---

**Controlled Notice:** The information contained in this email and any attachments may be Controlled Unclassified Information subject to dissemination controls, restrictions, or safeguarding requirements pursuant to a federal law, regulation, or policy. Any use, distribution, or copying of this email, including any of its contents or attachments by any person other than those authorized by the Federal Housing Finance Agency Office of Inspector General, or for any purpose other than its intended use, is strictly prohibited. If you believe you have received this email in error, permanently delete the email and any attachments, and do not save, copy, disclose, or rely on any part of the information contained in this email or its attachments. Please call 202-730-0880 if you have questions.

**Exhibit 3**

## Request for records under the Freedom of Information Act
1 message

**Jason Leopold** <jasonleopold@gmail.com>                                                         Mon, Aug 25, 2025 at 6:26 PM
Reply-To: jasonleopold@gmail.com
To: foia@fhfa.gov

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be considered under both statutes to maximize the release of records.

REQUESTER INFORMATION
Name: Jason Leopold
Position: Senior Investigative Reporter, Bloomberg News
Address:
Email: jasonleopold@gmail.com

RECORDS SOUGHT

I request disclosure from the Federal Housing Finance Authority the following records:

1. All emails (including attachments) sent and received by FHFA Director William Pulte referencing Federal Reserve Board Governor Lisa Cook and Federal Reserve Chairman Jerome Powell.

2 All emails (including attachments), letters, memos, directives, final reports, Microsoft Teams Messages, sent and received by FHFA Director William Pulte referencing mortgage fraud and "fraud."

**The timeframe for this request is March 15 through the date the search for responsive records is conducted. Please withhold news clippings, press releases and listserv messages from the search and production of responsive records.**

Reasonably Foreseeable Harm.  The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

FHFA should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part.

INSTRUCTIONS REGARDING SCOPE AND BREADTH OF REQUESTS
Please interpret the scope of this request broadly. The FHFA is instructed to interpret the scope of this request in the most liberal manner possible short of an interpretation that would lead to a conclusion that the request does not reasonably describe the records sought.

FORMAT

I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media.

FEE CATEGORY AND REQUEST FOR A FEE WAIVER

I am a senior investigative reporter for Bloomberg News and formerly senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America. I am filing this request on behalf of myself and Bloomberg News.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request.

I will appeal any denial of my request for a waiver administratively and to the courts if necessary.


--
Jason Leopold
Senior Investigative Reporter
Bloomberg News

You may also reach me at jasonleopold@protonmail.com for secure and encrypted communications
@JasonLeopold
Subscribe to my weekly newsletter, FOIA Files
Read my reporting

 Gmail

**Exhibit 4**

## FHFA FOIA No. 2025-FOIA-118
2 messages

**Easter, Stacy** <Stacy.Easter@fhfa.gov>                                      Thu, Aug 28, 2025 at 2:02 PM
To: Jason Leopold <jasonleopold@gmail.com>
Cc: "Easter, Stacy" <Stacy.Easter@fhfa.gov>

> This message was sent securely using Zix®

> **CONTROLLED**

August 28, 2025


Re: FHFA FOIA No. 2025-FOIA-118


Dear Jason Leopold,


This confirms receipt of your Freedom of Information Act (FOIA) request, dated August 25, 2025. Your request was received in the Federal Housing Finance Agency's (FHFA) FOIA office on August 26, 2025 and assigned the FHFA FOIA request number 2025-FOIA-118.  Please refer to this number in any correspondence concerning your request.


FHFA processes requests under a multi-track system (expedited, standard, and complex).  After review of your request, it has been determined that your request will be placed in the complex track (due to IT needing to conduct an electronic search). Currently, your request is number 109 in the request queue.


Please contact me if you have questions.


Regards,

## Stacy J. Easter

Sr. FOIA/Privacy Act Officer

FOIA Public Liaison

**Federal Housing Finance Agency** | Office of General Counsel

400 7th Street, SW | Washington, DC 20219

Phone: 202-649-3803

FOIA Website



---

Controlled Notice: The information contained in this email and any attachments may be Controlled Unclassified Information subject to dissemination controls, restrictions, or safeguarding requirements pursuant to a federal law, regulation, or policy. Any use, distribution, or copying of this email, including any of its contents or attachments by any person other than those authorized by the Federal Housing Finance Agency, or for any purpose other than its intended use, is strictly prohibited. If you believe you have received this email in error, permanently delete the email and any attachments, and do not save, copy, disclose, or rely on any part of the information contained in this email or its attachments. Please call 202-649-3800 if you have questions.

This message was secured by **Zix**&#174;.

---

**Jason Leopold** <jasonleopold@gmail.com>                              Thu, Aug 28, 2025 at 2:20 PM
Reply-To: jasonleopold@gmail.com
To: "Easter, Stacy" <Stacy.Easter@fhfa.gov>

Thank you, Stacy.

All best,
Jason

Jason Leopold
Investigative Reporter

@jasonleopold

Subscribe to my newsletter, FOIA Files
https://www.bloomberg.com/account/newsletters/foia-files
[Quoted te t hidden]

---


**image001.png**
12K

# Exhibit 5

---

## Request for records under the Freedom of Information Act
1 message

---

**Jason Leopold** <jasonleopold@gmail.com>                                              Tue, Aug 26, 2025 at 9:39 AM
Reply-To: jasonleopold@gmail.com
To: FOIA@fhfa.gov

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be considered under both statutes to maximize the release of records. This request seeks expedited processing.

I request disclosure from the Federal Housing Finance Agency the following records:

1. Copies of all criminal Mortgage Fraud tips sent to the FraudTips@fhfa.GOV since April 16, 2025. PLEASE NOTE: I am not interested in the senders' personal identifiable information. The FHFA may withhold PII. Alternatively, the FHFA may provide me with a spreadsheet or dataset of the criminal mortgage fraud tips with columns showing the date the tip was received, a summary of the allegation and any action taken or whether the allegation was substantiated or unsubstantiated.

2. Copies of any criminal Mortgage Fraud tips sent directly to FHFA Director Bill Pulte since April 16, 2025.

3. All emails (including attachments), memos, letters, final reports, sent and received by Director Pulte referencing Palantir and Mortgage Fraud since April 1, 2025.

BACKGROUND

Mr. Pulte has been very vocal since he was confirmed to lead the FHFA about the agency's aggressive crackdown on mortgage fraud. He has  personally, through dozens of posts on the social media platform X, accused government officials of mortgage fraud and has already filed a criminal referral against one, Lisa Cook of the Federal Reserve. These are just a few of his recent posts:

> **Thank you for all of the tips on mortgage fraud.**
> **If you know of a mortgage fraudster, please send to FraudTips@fhfa.gov**
> **Mortgage fraud can carry up to 30 years in prison.**

Mr. Pulte's public disclosures about mortgage fraud should compel the agency to release the documents I have requested.

Reasonably Foreseeable Harm.  The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

FHFA and its components should not fail to comply with this mandatory part of the FOIA as recently amended by Congress. The Agency is required to identify what reasonably foreseeable harm would flow from release of the information withheld, nor did it consider a partial disclosure of the information, taking reasonable steps to segregate and release nonexempt information.

Fee Waiver

I am the senior investigative reporter for Bloomberg News and formerly senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America. I am filing this request on behalf of myself and Bloomberg News.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of the government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request.

I will appeal any denial of my request for a waiver administratively and to the courts if necessary.

--

Jason Leopold
Senior Investigative Reporter
Bloomberg News

You may also reach me at jasonleopold@protonmail.com for secure and encrypted communications
@JasonLeopold
Subscribe to my weekly newsletter, FOIA Files
Read my reporting

# Exhibit 6

## FHFA FOIA No. 2025-FOIA-125
1 message

**Easter, Stacy** <Stacy.Easter@fhfa.gov>                                    Mon, Sep 8, 2025 at 4:55 AM
To: Jason Leopold <jasonleopold@gmail.com>
Cc: "Easter, Stacy" <Stacy.Easter@fhfa.gov>

This message was sent securely using Zix®

**CONTROLLED**

September 8, 2025


Re: FHFA FOIA No. 2025-FOIA-125


Dear Jason Leopold,


This confirms receipt of your Freedom of Information Act (FOIA) request (involving mortgage fraud), dated August 26, 2025. Your request was received in the Federal Housing Finance Agency's (FHFA) FOIA office on August 26, 2025 and assigned the FHFA FOIA request number 2025-FOIA-125. Please refer to this number in any correspondence concerning your request.


FHFA processes requests under a multi-track system (expedited, standard, and complex). After review of your request, it has been determined that your request will be placed in the complex track (due to IT needing to conduct an electronic search). Currently, your request is number 116 in the request queue.


Please contact me if you have questions.


Regards,

# Stacy J. Easter

Sr. FOIA/Privacy Act Officer

FOIA Public Liaison

**Federal Housing Finance Agency** | Office of General Counsel

400 7th Street, SW | Washington, DC 20219

Phone: 202-649-3803

FOIA Website



---

Controlled Notice: The information contained in this email and any attachments may be Controlled Unclassified Information subject to dissemination controls, restrictions, or safeguarding requirements pursuant to a federal law, regulation, or policy. Any use, distribution, or copying of this email, including any of its contents or attachments by any person other than those authorized by the Federal Housing Finance Agency, or for any purpose other than its intended use, is strictly prohibited. If you believe you have received this email in error, permanently delete the email and any attachments, and do not save, copy, disclose, or rely on any part of the information contained in this email or its attachments. Please call 202-649-3800 if you have questions.

This message was secured by **Zix**&#174;.

# Exhibit 7

---

## Request for records under the Freedom of Information Act
1 message

---

**Jason Leopold** <jasonleopold@gmail.com>                                          Wed, Aug 27, 2025 at 1:46 PM
Reply-To: jasonleopold@gmail.com
To: FOIA@fhfa.gov

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be considered under both statutes to maximize the release of records.

REQUESTER INFORMATION
Name: Jason Leopold
Position: Senior Investigative Reporter, Bloomberg News
Address:
Email: jasonleopold@gmail.com

RECORDS SOUGHT

I request disclosure from the Federal Housing Finance Authority the following records:

1. All final talking points drafted by the Office of Public Affairs referencing Mortgage Fraud, the Federal Reserve Board of Governors or FRB, Lisa Cook, Jerome Powell, Leticia James and all final talking points; and social media guidance drafted and prepared for Director William Pulte related to his social media postings, which directly referred to the Federal Reserve Board of Governors or FRB, Lisa Cook, Jerome Powell, Leticia James. The timeframe for this part of my request is March 15, 2025 through the date the search for responsive records is conducted.

2. All final legal guidance drafted by the Office of General Counsel and sent to Director William Pulte referencing the Federal Reserve Board of Governors or FRB, Lisa Cook, Jerome Powell, Leticia James, Mortgage Fraud; and all final legal guidance drafted by the Office of General Counsel and sent to Director William Pulte referencing his social media posts, which directly referred to the Federal Reserve Board of Governors or FRB, Lisa Cook and Mortgage Fraud, Jerome Powell, Leticia James. The timeframe for this part of my request is March 15, 2025 through the date the search for responsive records is conducted.

3. All emails (including attachments), memos, letters, directives, sent by Director William Pulte to officials at Fannie Mae and Freddie Mac referencing Lisa Cook and Mortgage Fraud and  Mortgage Fraud as well as any responses Mr. Pulte received by Fannie Mae and Freddie Mac. To assist FOIA officers/analysts in their search, the email domain for Fannie Mae is @fanniemae.com and the email domain for Freddie Mac is @freddiemac.com. The timeframe for this request is March 15 through the date the search for responsive records is conducted.

4. All employee wide announcements or memorandums Mr. Pulte sent to the FHFA workforce referencing Mortgage Fraud. The timeframe for this part of the request is March 15 through the date the search for responsive records is conducted.

5. All calendars from Mr. Pulte referencing meetings or calls related to Mortgage Fraud. The timeframe for this part of the request is March 15 through the date the search for responsive records is conducted.

6. All text messages from Mr. Pulte's government issued device referencing Mortgage Fraud. The timeframe for this part of the request is March 15 through the date the search for responsive records is conducted.

Please withhold news clippings, press releases and listserv messages from the search and production of responsive records.

Reasonably Foreseeable Harm.  The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

FHFA should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part.

INSTRUCTIONS REGARDING SCOPE AND BREADTH OF REQUESTS
Please interpret the scope of this request broadly. The FHFA is instructed to interpret the scope of this request in the most liberal manner possible short of an interpretation that would lead to a conclusion that the request does not reasonably describe the records sought.

FORMAT

I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media.

FEE CATEGORY AND REQUEST FOR A FEE WAIVER

I am a senior investigative reporter for Bloomberg News and formerly senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America. I am filing this request on behalf of myself and Bloomberg News.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request.

I will appeal any denial of my request for a waiver administratively and to the courts if necessary.

--

Jason Leopold
Senior Investigative Reporter
Bloomberg News

You may also reach me at jasonleopold@protonmail.com for secure and encrypted communications
@JasonLeopold
Subscribe to my weekly newsletter, FOIA Files
Read my reporting

# Exhibit 8

## FHFA FOIA No. 2025-FOIA-130

1 message

**Easter, Stacy** <Stacy.Easter@fhfa.gov>                                    Mon, Sep 8, 2025 at 9:37 AM
To: "jasonleopold@gmail.com" <jasonleopold@gmail.com>
Cc: "Easter, Stacy" <Stacy.Easter@fhfa.gov>

> This message was sent securely using Zix®

> **CONTROLLED**

September 8, 2025


Re: FHFA FOIA No. 2025-FOIA-130


Dear Jason Leopold,


This confirms receipt of your Freedom of Information Act (FOIA) request (re: mortgage fraud), dated August 27, 2025. Your request was received in the Federal Housing Finance Agency's (FHFA) FOIA office on August 27, 2025 and assigned the FHFA FOIA request number 2025-FOIA-130. Please refer to this number in any correspondence concerning your request.


FHFA currently has a backlog of requests in its complex/expedited track. Processing time for these requests is approximately 45 - 60 days.


Please contact me if you have questions.


Regards,

# Stacy J. Easter

Sr. FOIA/Privacy Act Officer

FOIA Public Liaison

**Federal Housing Finance Agency** | Office of General Counsel

400 7th Street, SW | Washington, DC 20219

Phone: 202-649-3803

FOIA Website



---

**Controlled Notice: The information contained in this email and any attachments may be Controlled Unclassified Information subject to dissemination controls, restrictions, or safeguarding requirements pursuant to a federal law, regulation, or policy. Any use, distribution, or copying of this email, including any of its contents or attachments by any person other than those authorized by the Federal Housing Finance Agency, or for any purpose other than its intended use, is strictly prohibited. If you believe you have received this email in error, permanently delete the email and any attachments, and do not save, copy, disclose, or rely on any part of the information contained in this email or its attachments. Please call 202-649-3800 if you have questions.**

This message was secured by **Zix**<sup>&#174;</sup>.



**Exhibit 9**

An official website of the United States government
Here's how you know



# FOIA.gov



MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 2353371

# Success!

## Your FOIA request has been created and is being sent to the Federal Reserve System.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

**Contact the agency**

FOIA Requester Service Center

202-452-3648

Candace Phillip, FOIA Public Liaison

202-452-3684

Federal Reserve System
2001 C Street, NW
Washington, DC 20551

---

# Request summary

Request submitted on **August 27, 2025**.

The confirmation ID for your request is **2353371**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

# Contact information

**Name**
Jason Leopold

**Mailing address**

United States

**Phone number**

**Company/organization**
Bloomberg News

**Email**
jasonleopold@gmail.com

---

## Your request

I request disclosure from the Federal Reserve Board of Governors the following records:
1. All emails and memos or letters sent and received by Federal Reserve Board
Commissioner Lisa Cook on August 25, 2025. 2. All emails, memos, letters, sent and
received by the Federal Reserve Board Commissioners referencing William Pulte or Bill
Pulte or Pulte and Mortgage Fraud. The timeframe for this part of the request is August
10, 2025 through August 25, 2025. 3. All talking points drafted by the Office of Public
Affairs referencing William Pulte or Bill Pulte or Pulte and Mortgage Fraud. 4. Final legal
guidance and final legal opinions referencing the removal of a Federal Reserve Board
Commissioner by the President of the United States. The timeframe for this part of the
request is August 1, 2025 through the date the search for responsive records is
conducted. 5. Emails sent and received by the Federal Reserve Board Commissioners
and the Federal Reserve Board Chairman referencing Bill Pulte (or William Pulte or
Pulte) and his social media posts on X targeting Commissioner Lisa Cook. Reasonably
Foreseeable Harm. The FOIA Improvement Act of 2016 amended the FOIA as follows (5
USC 552(a)(8)): (A) An agency shall— (i) withhold information under this section only if—
(I) the agency reasonably foresees that disclosure would harm an interest protected by

an exemption described in subsection (b); or (II) disclosure is prohibited by law; and (ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and (II) take reasonable steps necessary to segregate and release nonexempt information. . . . FRB should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part. INSTRUCTIONS REGARDING SCOPE AND BREADTH OF REQUESTS Please interpret the scope of this request broadly. The FRB is instructed to interpret the scope of this request in the most liberal manner possible short of an interpretation that would lead to a conclusion that the request does not reasonably describe the records sought.

---

## Fees

**What type of requester are you?**
media

**Fee waiver**
yes

**Fee waiver justification**
FORMAT I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media. FEE CATEGORY AND REQUEST FOR A FEE WAIVER I am a senior investigative reporter for Bloomberg News and formerly senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America. I am filing this request on behalf of myself and Bloomberg News. I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes. Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the

records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public. If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request. I will appeal any denial of my request for a waiver administratively and to the courts if necessary.

**The amount of money you're willing to pay in fees, if any**
$250

---

## Request expedited processing

**Expedited processing**
no



### CONTACT

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ⬀ CC3.0

FREQUENTLY ASKED QUESTIONS

DEVELOPER RESOURCES

AGENCY API SPEC

FOIA CONTACT DOWNLOAD

FOIA DATASET DOWNLOAD

ACCESSIBILITY

PRIVACY POLICY

POLICIES & DISCLAIMERS

JUSTICE.GOV

USA.GOV

# Exhibit 10

**Request Acknowledgement by FRB**
1 message

**FRBFOIA@foia.federalreserve.gov** <FRBFOIA@foia.federalreserve.gov>                    Wed, Aug 27, 2025 at 2:24 PM
To: jasonleopold@gmail.com

NONCONFIDENTIAL // EXTERNAL

Dear Jason Leopold:

Your request has been assigned number FOIA-2025-01090. Please reference this number in all future correspondence.

Request description:

I request disclosure from the Federal Reserve Board of Governors the following records:

1. All emails and memos or letters sent and received by Federal Reserve Board Commissioner Lisa Cook on August 25, 2025.

2. All emails, memos, letters, sent and received by the Federal Reserve Board Commissioners referencing William Pulte or Bill Pulte or Pulte and Mortgage Fraud. The timeframe for this part of the request is August 10, 2025 through August 25, 2025.

3. All talking points drafted by the Office of Public Affairs referencing William Pulte or Bill Pulte or Pulte and Mortgage Fraud.

4. Final legal guidance and final legal opinions referencing the removal of a Federal Reserve Board Commissioner by the President of the United States. The timeframe for this part of the request is August 1, 2025 through the date the search for responsive records is conducted.

5. Emails sent and received by the Federal Reserve Board Commissioners and the Federal Reserve Board Chairman referencing Bill Pulte (or William Pulte or Pulte) and his social media posts on X targeting Commissioner Lisa Cook.

Reasonably Foreseeable Harm.  The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall

(i) withhold information under this section only if

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

FRB should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part.

INSTRUCTIONS REGARDING SCOPE AND BREADTH OF REQUESTS
Please interpret the scope of this request broadly. The FRB is instructed to interpret the scope of this request in the most liberal manner possible short of an interpretation that would lead to a conclusion that the request does not reasonably describe the records sought.


Regards,

Information Disclosure Section
FRB



BOARD OF GOVERNORS
OF THE
**FEDERAL RESERVE SYSTEM**
WASHINGTON, D. C. 20551

ADDRESS OFFICIAL CORRESPONDENCE
TO THE BOARD

August 28, 2025

Jason Leopold
Bloomberg News

Re: *Freedom of Information Act Request No. FOIA-2025-01090*

Dear Mr. Leopold:

This will acknowledge receipt of your electronic message dated August 27, 2025, and received by the Board on August 28.  Pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, you request:

 1. All emails and memos or letters sent and received by Federal Reserve Board Commissioner Lisa Cook on August 25, 2025.

 2. All emails, memos, letters, sent and received by the Federal Reserve Board Commissioners referencing William Pulte or Bill Pulte or Pulte and Mortgage Fraud. The timeframe for this part of the request is August 10, 2025 through August 25, 2025.

 3. All talking points drafted by the Office of Public Affairs referencing William Pulte or Bill Pulte or Pulte and Mortgage Fraud.

 4. Final legal guidance and final legal opinions referencing the removal of a Federal Reserve Board Commissioner by the President of the United States. The timeframe for this part of the request is August 1, 2025 through the date the search for responsive records is conducted.

 5. Emails sent and received by the Federal Reserve Board Commissioners and the Federal Reserve Board Chairman referencing Bill Pulte (or William Pulte or Pulte) and his social media posts on X targeting Commissioner Lisa Cook.

The Board makes every effort to fulfill requests in a timely manner; however, there may be delays in fulfilling complex requests or those that require consultation.  Please feel free to contact the Board's FOIA Requester Service Center at (202) 452-3684 to obtain information about the status of your request.

Very truly yours,

Board of Governors of the Federal Reserve System



BOARD OF GOVERNORS
OF THE
**FEDERAL RESERVE SYSTEM**
WASHINGTON, D. C. 20551

ADDRESS OFFICIAL CORRESPONDENCE
TO THE BOARD

September 26, 2025

Jason Leopold
Bloomberg News

Re:  *Freedom of Information Act Request No. FOIA-2025-01090*

Dear Mr. Leopold:

This is in response to your electronic message dated August 27, 2025, and received by the Board on August 28.  Pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, you request:

> 1. All emails and memos or letters sent and received by Federal Reserve Board Commissioner Lisa Cook on August 25, 2025.
>
> 2. All emails, memos, letters, sent and received by the Federal Reserve Board Commissioners referencing William Pulte or Bill Pulte or Pulte and Mortgage Fraud. The timeframe for this part of the request is August 10, 2025 through August 25, 2025.
>
> 3. All talking points drafted by the Office of Public Affairs referencing William Pulte or Bill Pulte or Pulte and Mortgage Fraud.
>
> 4. Final legal guidance and final legal opinions referencing the removal of a Federal Reserve Board Commissioner by the President of the United States. The timeframe for this part of the request is August 1, 2025 through the date the search for responsive records is conducted.
>
> 5. Emails sent and received by the Federal Reserve Board Commissioners and the Federal Reserve Board Chairman referencing Bill Pulte (or William Pulte or Pulte) and his social media posts on X targeting Commissioner Lisa Cook.

Pursuant to section (a)(6)(B)(i) of the FOIA, we are extending the period for our response until October 10, 2025, in order to consult with two or more components of the Board having a substantial interest in the determination of the request.

If a determination can be made before October 10, 2025, we will respond to you promptly.  It is our policy to process FOIA requests as quickly as possible while ensuring that we disclose the requested information to the fullest extent of the law.

Thank you,

Board of Governors of the Federal Reserve System