UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-3950 (TNM) |

### JOINT STATUS REPORT

　　Plaintiffs Jason Leopold and Bloomberg, L.P., and Defendants Federal Housing Finance Agency ("FHFA") and Board of Governors of the Federal Reserve System ("FRB"), through counsel, respectfully submit this Joint Status Report pursuant to this Court's December 17, 2025, Minute Order.

　　1.　　This is a Freedom of Information Act ("FOIA") case concerning five FOIA requests seeking records about public investigations into allegations of mortgage fraud and other records. Plaintiffs filed a complaint on November 14, 2025, and Defendants answered on December 16, 2025.

　　2.　　On December 17, 2025, the Court ordered the parties to meet and confer and then file a Joint Status Report proposing a schedule for proceeding in this matter and providing certain information requested by the Court on or before January 17, 2026.

　　3.　　The parties met and conferred on January 13, 2026.[1]

---

[1] Defendants' counsel scheduled it with the understanding that this report was due by January 20, 2026, the first business day following Saturday, January 17, 2026. The parties opted to file on the preceding business day.

4. Defendants report the following regarding the status of each FOIA response, respectively:

   a. **FHFA-OIG request, 2025-FOIA-00042** (*see* Compl. ¶¶ 8-16): The FHFA Office of the Inspector General ("FHFA-OIG") completed its response. On December 5, 2025, FHFA-OIG issued its first interim production, consisting of approximately 185 pages of responsive records and making certain withholdings under applicable FOIA exemptions. On December 15, 2025, FHFA-OIG issued its final response, consisting of one page that had required consultation with an outside entity. On January 15, 2026, Plaintiffs requested that the agency provide its search methodology.

   b. **FHFA-HQ "Emails" request, FOIA-2025-118** (*see* Compl. ¶¶ 17-23): FHFA has collected 445 potentially responsive documents consisting of about 13,000 pages. Based on the request's position in FHFA's queue, FHFA estimates that it will take about 12-15 months until the documents are reviewed and processed.

   c. **FHFA-HQ "Fraud tips" request, FOIA-2025-125** (*see* Compl. ¶¶ 24-30): FHFA has collected 796 potentially responsive documents consisting of about 9,234 pages. Based on the request's position in FHFA's queue, FHFA estimates that it will take about 15-18 months until the documents are reviewed and processed. The parties are discussing narrowing through sampling for this request.

   d. **FHFA-HQ "Communications" request, FOIA-2025-130** (*see* Compl. ¶¶ 31-37): FHFA has not yet identified any potentially responsive documents but is still in the process of doing so. Based on the request's position in FHFA's queue, FHFA estimates that it will take about 15-18 months until the documents are reviewed and processed if potentially responsive documents are identified. Plaintiffs will be notified if no such documents are identified.

   e. **FRB request, FOIA-2025-01090** (*see* Compl. ¶¶ 38-46): FRB completed its response. On November 26, 2025, FRB responded in full and released approximately two pages of responsive records with redactions under applicable FOIA exemptions and withheld approximately 25 pages in full under applicable FOIA exemptions. On January 15, 2026, Plaintiffs requested the agency provide its search methodology.

5. Plaintiffs report that for the three requests in "FHFA's queue," it has asked FHFA to clarify which queue the requests are in currently.

6. Defendants do not currently anticipate seeking an *Open America* stay.

- 3 -

7.	The parties agree to defer questions regarding the need for a *Vaughn* index or briefing schedule to at least the next Joint Status Report.

8.	The parties propose that they file an additional Joint Status Report on or before April 16, 2025, to inform the Court about the status of their discussions and any other issues of relevance that they believe should be brought to its attention.

Dated:	January 16, 2026
	Washington, D.C.

Respectfully submitted,

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Attorney for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

By:	*/s/ David S. Bettwy*
	DAVID S. BETTWY, D.C. Bar #155148
	Assistant United States Attorney
	601 D Street, NW
	Washington, DC 20530
	(202) 252-2410
	David.Bettwy@usdoj.gov

*Attorneys for the United States of America*