UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON LEOPOLD, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al*.,<br><br>Defendants. | Civil Action No. 25-3950 (TNM) |

## JOINT STATUS REPORT

Plaintiffs Jason Leopold and Bloomberg, L.P., and Defendants Federal Housing Finance Agency ("FHFA") and Board of Governors of the Federal Reserve System ("FRB"), through counsel, respectfully submit this Joint Status Report pursuant to this Court's April 20, 2026, Minute Order.

1.    This is a Freedom of Information Act ("FOIA") case concerning five FOIA requests seeking records about public investigations into allegations of mortgage fraud and other records.  Plaintiffs filed a complaint on November 14, 2025, and Defendants answered on December 16, 2025.

2.    Defendants report the following regarding the status of each FOIA response, respectively:

   a. **FHFA-OIG request, 2025-FOIA-00042** (*see* Compl. ¶¶ 8-16): The FHFA Office of the Inspector General ("FHFA-OIG") completed its response.  On December 5, 2025, FHFA-OIG issued its first interim production, consisting of approximately 185 pages of responsive records and making certain withholdings under applicable FOIA exemptions.  On December 15, 2025, FHFA-OIG issued its final response, consisting of one page that had required consultation with an outside entity.

b. **FHFA-HQ "Emails" request, FOIA-2025-118** (*see* Compl. ¶¶ 17-23): FHFA has collected 445 potentially responsive documents consisting of about 13,682 pages.  FHFA commits to reviewing 500/pages per month, with the goal of providing rolling monthly productions of any non-exempt responsive documents starting no later than June 30, 2026.

c. **FHFA-HQ "Fraud tips" request, FOIA-2025-125** (*see* Compl. ¶¶ 24-30): FHFA has collected 796 potentially responsive documents consisting of about 9,234 pages.  FHFA commits to reviewing 500/pages per month, with the goal of providing rolling monthly productions of any non-exempt responsive documents starting no later than June 30, 2026.

d. **FHFA-HQ "Communications" request, FOIA-2025-130** (*see* Compl. ¶¶ 31-37): FHFA has identified one potentially responsive document and has released that document in full on May 8, 2026.  Plaintiffs have requested that FHFA provide its search methodology for this request

e. **FRB request, FOIA-2025-01090** (*see* Compl. ¶¶ 38-46): FRB completed its response.  On November 26, 2025, FRB responded in full and released approximately two pages of responsive records with redactions under applicable FOIA exemptions and withheld approximately 25 pages in full under applicable FOIA exemptions. FRB has provided its search methodology to which the plaintiff is reviewing. Plaintiffs have requested that FRB provide a draft *Vaughn* index addressing the records that were withheld in full and the alleged foreseeable harm in disclosure.

3.      On May 1, 2026, Plaintiffs filed a motion for production order (ECF No. 20) directed to the FHFA and Defendant FHFA filed an opposition on May 15, 2026 (ECF No. 21). Plaintiffs' reply is forthcoming.

4.      In its April 20, 2026 minute order, the Court also set this matter for an in person status conference for tomorrow, May 20, 2026, at 10:00 AM.  The parties will appear at tomorrow's status conference.

*          *          *

- 3 -

5.      The parties propose that they file an additional Joint Status Report on or before June 19, 2026, to inform the Court about the status of the case and any other issues of relevance that they believe should be brought to its attention.

Dated: May 19, 2026
      Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Attorney for Plaintiffs Jason Leopold and Bloomberg L.P.*

By: */s/Heather Graham-Oliver*
    HEATHER GRAHAM-OLIVER
    DAVID S. BETTWY, D.C. Bar #155148
    Assistant United States Attorneys
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2410
    David.Bettwy@usdoj.gov
    Heather.graham-oliver@usdoj.gov

*Attorneys for the United States of America*