UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>Defendants. | Civil Action No. 25-3950 (TNM) |

**JOINT STATUS REPORT**

Plaintiffs Jason Leopold and Bloomberg, L.P., and Defendants Federal Housing Finance Agency ("FHFA") and Board of Governors of the Federal Reserve System ("FRB"), through counsel, respectfully submit this Joint Status Report pursuant to this Court's May 20, 2026 Minute Entry.

1. This is a Freedom of Information Act ("FOIA") case concerning five FOIA requests seeking records about public investigations into allegations of mortgage fraud and other records. Plaintiffs filed a complaint on November 14, 2025, and Defendants answered on December 16, 2025.

2. On May 20, 2026, the parties appeared for a status conference. At the status conference, the parties agreed to FHFA-HQ processing its records at a rate of 500 pages per month, and the Court instructed FHFA-HQ to provide the end date for production in the next joint status report.

3. On the same day, May 20, 2026, the Court ordered the parties to file a Joint Status Report by July 20, 2026, and every 60 days thereafter. The Court also denied as moot Plaintiff's May 1, 2026 Motion for Production, ECF No. 20.

4. The parties report the following regarding the status of each FOIA response, respectively:

a. **FHFA-OIG request, 2025-FOIA-00042** (*see* Compl. ¶¶ 8-16): The FHFA Office of the Inspector General ("FHFA-OIG") completed its response. On December 5, 2025, FHFA-OIG issued its first interim production, consisting of approximately 185 pages of responsive records and making certain withholdings under applicable FOIA exemptions. On December 15, 2025, FHFA-OIG issued its final response, consisting of one page that had required consultation with an outside entity. On January 21, 2026, Plaintiffs indicated through counsel that they were satisfied with the response and search for this request.

b. **FHFA-HQ "Emails" request, FOIA-2025-118** (*see* Compl. ¶¶ 17-23): FHFA-HQ has collected 1073 potentially responsive documents consisting of 13,628 pages. The parties agreed that FHFA-HQ will process 500 pages per month, and will provide rolling monthly productions of any non-exempt responsive documents. On September 3, 2026, FHFA-HQ advised Plaintiffs that FHFA-HQ identified 844 responsive pages in August 2026, all of which were withheld in full as exempt under the FOIA. At this time, FHFA-HQ has 522 potentially responsive documents consisting of 7363 pages left to review. FHFA-HQ estimates that it will take about six months until processing is completed.

c. **FHFA-HQ "Fraud tips" request, FOIA-2025-125** (*see* Compl. ¶¶ 24-30): FHFA-HQ completed its response. On September 16, 2026, FHFA-HQ responded in full, withholding all emails under applicable FOIA exemptions in response to the first prong of Plaintiffs' request, and releasing nine pages of responsive records with redactions under applicable FOIA exemptions and withholding 200 pages in full under applicable FOIA exemptions in response to the second and third prongs of Plaintiffs' request.

d. **FHFA-HQ "Communications" request, FOIA-2025-130** (*see* Compl. ¶¶ 31-37): FHFA-HQ completed its response. FHFA-HQ identified one potentially responsive document and released that document in full on May 8, 2026. FHFA-HQ provided a description of its search methodology to Plaintiff's counsel on July 20, 2026.

e. **FRB request, FOIA-2025-01090** (*see* Compl. ¶¶ 38-46): FRB completed its response. On November 26, 2025, FRB responded in full and released approximately two pages of responsive records with redactions under applicable FOIA exemptions and withheld approximately 25 pages in full under applicable FOIA exemptions. Upon Plaintiff's request, FRB provided a draft

Vaughn index addressing the records that were withheld in full and the alleged foreseeable harm in disclosure.

5. Consistent with the Court's May 20, 2026 Minute Entry, the parties will file an additional Joint Status Report on or before November 17, 2026, to inform the Court about any issues of relevance that they believe should be brought to its attention.

Dated: September 18, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s\/ David S. Bettwy*
DAVID S. BETTWY, D.C. Bar #155148
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2410
David.Bettwy@usdoj.gov

*Attorneys for the United States of America*

*\/s\/ Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
foia@loevy.com

*Attorneys for Plaintiffs*